The People of the State of New York ex rel. Frederick Loeser & Co., Inc., Appellant, v. Henry M. Goldfogle and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.  Appeal No. 3.  (Taxes of 1922, 1923, Block 165, Lot 22.) — The parties having stipulated in writing that this case may be disposed of by a court of four, the decision is as follows: Order modified in each case by eliminating the amount added to valuation of relator's land for "plottage" on the westerly portion thereof found to be adequately improved; and as so modified unanimously affirmed, without costs, upon authority of *People ex rel. Loeser & Co.* v. *Goldfogle, Appeal No. 1 (ante,* p. 326), decided herewith.  Findings of fact and conclusions of law contrary to this decision reversed as contrary to the evidence, and appropriate findings and conclusions made by this court.  Present — Kelly, P. J., Manning, Young and Kapper, JJ. Settle order upon notice.

Frank Rideg, Respondent, v. Philip Kaufman, Ignatz Lustig and Joseph Lustig, Doing Business under the Trade Name and Style of Riverview Realty Company, and Ignatz Lustig and Joseph Lustig, as Sureties, Appellants.— Judgment unanimously affirmed, with costs.  Finding of fact XIII is modified so as to read as follows: "XIII. That at the time the plaintiff was prevented from continuing the performance of his said agreement the reasonable value of the total amount of work done by him under his contract aforesaid is and was the sum of $1,588.50."  No opinion.  Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

Rose Romaine, Appellant, v. 350 Stone Avenue Corporation and The Amalgamated Bank of New York, Respondents.  "John" Amadony, etc., and Others, Defendants.— Judgment unanimously affirmed, with costs.  No opinion.  Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

Alberta E. Sigretto, Respondent, v. R. H. S. B. Holding Corporation and Another, Defendants.  Joseph L. Sigretto, Appellant.— Order setting cause down for trial on April 18, 1927, and directing that it be placed at the head of the Special Term calendar for ready causes for that day, affirmed, with ten dollars costs and disbursements.  No opinion.  Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

Herbert Askowith, Respondent, v. Newcomb Carlton, Appellant.— Motion to dismiss appeal denied.  The effect of the receipt of costs will be determined on the decision of the appeal.  Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

Commissioner of Public Welfare, Bird S. Coler, on Complaint of Gertrude Dermody, Respondent, v. George Miller, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Monday, May 9, 1927, for which day the case is set down, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

Dee Jay Holding Corporation, Respondent, v. Patrick Fleming and Mathilda Fleming, Appellants.  Dee Jay Holding Corporation, Respondent, v. Patrick Fleming, Appellant.— Motion for stay granted.  Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.  Settle order on notice.